UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | IP 98-CR-161-01-T/F |
| | ) | 1:05-cv-1685-JDT-TAB |
| | ) | |
| DAVID K. DANSER, | ) | |
| | ) | |
| Defendant. | ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed for lack of jurisdiction.**

Date: 11/15/2005

_____
John Daniel Tinder, Judge
United States District Court

Laura Briggs, Clerk
United States District Court

*Evelyn G. Hollins*
By: Deputy Clerk

Copies to:

David K. Danser, Reg. No. 06056-028
P.O. Box 1000
Butner, NC  27509

Gerald Coraz
Office of the United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204